# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER MONTEMOORA,

    Defendant.

Case No. MJ12-300

**DETENTION ORDER**

On June 4, 2012, the Court conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f). Based upon the factual findings and statement of reasons for detention set forth below, the Court finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The government proffered defendant pled guilty to a felony offense in the Southern District of California and failed to appear for sentencing. After failing to appear, defendant was convicted of hit and run, a misdemeanor offense. When he was arrested in that matter, defendant gave a false name. Since his failure to appear for sentencing, defendant apparently fled California and has been living in this District. He has made no attempt to resolve the matter

pending in California.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of June, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge